1  Bob L. Olson, Esq.
   Nevada Bar No. 3783
2  Charles E. Gianelloni, Esq.
   Nevada Bar No. 12747
3  SNELL & WILMER L.L.P.
   3883 Howard Hughes Parkway, Suite 1100
4  Las Vegas, NV  89169
   Telephone: (702) 784-5200
5  Facsimile:  (702) 784-5252
   Email:  bolson@swlaw.com
6          cgianelloni@swlaw.com
   *Attorneys for Defendant*
7  *Experian Information Solutions, Inc.*

8                    **UNITED STATES DISTRICT COURT**

9                         **DISTRICT OF NEVADA**

10

11 MAGGIE KANOUNIAN,                     | Case No. 2:15-cv-02125-GMN-VCF

                Plaintiff,               | **STIPULATION AND [PROPOSED]**
12                                        | **ORDER TO EXTEND DEFENDANT**
                                          | **EXPERIAN INFORMATION**
13        v.                              | **SOLUTIONS, INC.'S TIME TO**
                                          | **RESPOND TO PLAINTIFF'S**
14 BANK OF AMERICA, NATIONAL             | **COMPLAINT**
   ASSOCIATION, HYUNDAI CAPITAL          |
15 AMERICA, SETERUS, INC., CONSUMER      | **(FIRST REQUEST)**
   PORTFOLIO SERVICES, INC., EXPERIAN    |
16 INFORMATION SOLUTIONS, INC.,          | Complaint filed:  November 5, 2015

17              Defendants.

18        It is hereby stipulated by and between Plaintiff Maggie Kanounian ("Plaintiff"), through

19 her attorney David Krieger, and Defendant Experian Information Solutions, Inc. ("Experian"),

20 through its attorneys, the law firm of Snell & Wilmer L.L.P., as follows:

21        Plaintiff filed her Complaint on November 5, 2015.  Experian was served on November

22 13, 2015.  The deadline for Experian to respond to the Complaint is currently set for December 4,

23 2015.  In the interest of conserving client and judicial resources, Plaintiff and Experian stipulate

24 and agree that Experian shall have until **January 6, 2016**, to file its responsive pleading.  This is

25 ///

26 ///

27 ///

28 ///

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

23026200

the parties' first request for an extension of time to respond to the Complaint and is not intended

to cause any delay or prejudice to any party, but is intended so the parties may discuss settlement.

DATED this 3rd day of December 2015.          DATED this 3rd day of December 2015.

SNELL & WILMER L.L.P.                          HAINES & KRIEGER, LLC


By:   /s/ Bob L. Olson                         By:   /s/ David H. Krieger
      Bob L. Olson, Esq.                              David H. Krieger, Esq.
      Charles E. Gianelloni, Esq.                     8985 S. Eastern Avenue, Suite 370
      3883 Howard Hughes Pkwy., Ste. 1100            Henderson, NV  89123
      Las Vegas, NV  89169                            Telephone:  (702) 880-5554
      *Attorneys for Defendant Experian*              Facsimile:  (702) 385-5518
      *Information Solutions, Inc.*                    *Attorneys for Plaintiff Janet Winter*


ORDER

IT IS ORDERED THAT Experian Information Solutions, Inc.'s time to respond to

Plaintiff's Complaint shall be extended to on or before January 6, 2016.


**IT IS SO ORDERED**.


DATED this 3rd day of December 2015.

_____
UNITED STATES MAGISTRATE JUDGE

23026200

## CERTIFICATE OF SERVICE

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action.  On this date, I caused to be served a true and correct copy of the foregoing by the method indicated:

_____ **BY FAX:**  by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. pursuant to EDCR Rule 7.26(a).  A printed transmission record is attached to the file copy of this document(s).

_____ **BY E-MAIL:**  by transmitting via e-mail the document(s) listed above to the e-mail addresses set forth below and/or included on the Court's Service List for the above-referenced case.

_____ **BY U.S. MAIL:**  by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada addressed as set forth below.

___X___ **BY ELECTRONIC SUBMISSION:**  submitted to the above-entitled Court for electronic filing and service upon the Court's Service List for the above-referenced case.

DATED this 3rd day of December 2015.

_____ /s/ Mary Full _____

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

- 3 -

23026200