1
2
3
4
5
6
7

WRIGHT, FINLAY & ZAK, LLP
Edgar C. Smith, Esq.
Nevada Bar No. 5506
Christopher S. Connell, Esq.
Nevada Bar No. 11547
7785 West Sahara Ave., Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
esmith@wrightlegal.net
cconnell@wrightlegal.net
*Attorney for Defendant Seterus, Inc.*

8

**UNITED STATES DISTRICT COURT**

9

**DISTRICT OF NEVADA**

10
11

MAGGIE KANOUNIAN,

Case No.: 2:15-cv-02125-GMN-VCF

12

Plaintiff,

**STIPULATION AND ORDER TO DISMISS PLAINTIFF'S COMPLAINT AGAINST SETERUS, INC.**

13

vs.

14
15
16
17

BANK OF AMERICA, N.A., HYUNDAI CAPITAL AMERICA; SETERUS, INC.; CONSUMER PORTFOLIO SERVICES, INC.; EXPERIAN INFORMATION SOLUTIONS, INC.,

18

Defendants.

19
20
21
22
23
24

Defendant SETERUS, INC. (hereinafter "SETERUS") by and through its attorneys of record, Christopher S. Connell, Esq. and Edgar C. Smith, Esq. of the law firm of WRIGHT, FINLAY & ZAK and Plaintiff, MAGGIE KANOUNIAN (hereinafter "KANOUNIAN"), by and through her attorney of record David H. Krieger, Esq. of the law firm of HAINES & KRIEGER, LLC, hereby  stipulate and agree as follows:

25
26

IT IS HEREBY STIPULATED AND AGREED that the Complaint filed by Plaintiff MAGGIE KANOUNIAN is  dismissed WITH PREJUDICE as to SETERUS, INC.;

**ORDER**

27
28

IT IS SO ORDERED

_____
**UNITED STATES DISTRICT COURT JUDGE**

**DATED**: March 22, 2016
_____

IT IS SO STIPULATED AND AGREED.

DATED this 16th day of March, 2016.

WRIGHT, FINLAY & ZAK, LLP


/s/ Christopher S. Connell
Christopher S. Connell, Esq.
Nevada Bar No. 12720
7785 W. Sahara Ave., Suite 200,
Las Vegas, NV 89117
*Attorney for Defendant Seterus, Inc.*

DATED this 16th day of March, 2016.

HAINES & KRIEGER, LLC


/s/ David H. Krieger
David H. Krieger, Esq.
Nevada Bar No. 9086
8985 S. Eastern Avenue, Suite 130
Las Vegas, NV 89123
*Attorneys for Plaintiff Maggie Kanounian*