# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

MAGGIE KANOUNIAN,

        Plaintiff,

vs.

BANK OF AMERICA, *et al.*,

        Defendants.

2:15-cv-02125-GMN-VCF

**ORDER**

    Defendant Experian Information Solutions, Inc. filed its Answer to Plaintiff Maggie Kanounian's Complaint and Jury Demand (#13) on January 6, 2016. To date, the discovery plan and scheduling order has not been filed pursuant to LR 26-1.

    IT IS HEREBY ORDERED that a discovery hearing is scheduled for 1:00 p.m., April 13, 2016, in courtroom 3D. The hearing will be vacated upon the filing of the discovery plan and scheduling order in compliance with Local Rule 26-1.

    Dated this 5th day of April, 2016.

                                                 CAM FERENBACH
                                               UNITED STATES MAGISTRATE JUDGE