David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, Maggie Kanounian*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Maggie Kanounian, | Case No. 2:15-cv-02125-GMN-VCF |
| Plaintiff, | |
| v. | **JOINT MOTION DISMISSING ACTION WITH PREJUDICE AS TO EXPERIAN INFORMATION SOLUTIONS, INC. ONLY** |
| BANK OF AMERICA, NATIONAL ASSOCIATION, HYUNDAI CAPITAL AMERICA, SETERUS, INC., CONSUMER PORTFOLIO SERVICES, INC., EXPERIAN INFORMATION SOLUTIONS, INC., | |
| Defendants. | |

Plaintiff Maggie Kanounian hereby moves that the above-entitled action shall be dismissed **with prejudice** in accordance with Fed. R. Civ. P. 41 (a)(2)

…

…

…

…

…

as to, and **ONLY as to, EXPERIAN INFORMATION SOLUTIONS, INC.**.

Each party shall bear its own attorney's fees, disbursements, and costs of suit.

Dated: June 23, 2016

| By: | By: |
|---|---|
| /s/David H. Krieger, Esq. | /s/Bob L. Olson, Esq. |
| David H. Krieger, Esq. | Snell & Wilmer, LLP |
| Nevada Bar No. 9086 | *Attorney for Defendant Experian* |
| HAINES & KRIEGER, LLC | *Information Solutions, Inc.* |
| 8985 S. Eastern Avenue | |
| Suite 350 | |
| Henderson, Nevada 89123 | |
| *Attorney for Plaintiff* | |

## ORDER

IT IS HEREBY ORDERED that Defendant Experian Information Solutions, Inc., is dismissed with prejudice. Each party shall bear its own attorneys' fees, disbursements, and costs of suit.

_____
UNITED STATES DISTRICT JUDGE

DATED this 27 day of June, 2016.